AO 442 (Rev. 11/11) Arrest Warrant

70508-512

# UNITED STATES DISTRICT COURT
## for the
### Western District of Tennessee

| | |
|---|---|
| United States of America<br>v. | ) |
| | ) |
| | ) Case No. 1:26-cr-10037-STA |
| | ) |
| | ) |
| Elizabeth Ann Gualtieri | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Elizabeth Ann Gualtieri ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Possession with intent to distribute a controlled substance in violation of 21 U.S.C. § 841(a)(1).
Attempt and conspiracy to distribute a controlled substance in violation of 21 U.S.C. § 846.
Rent, own a location for purpose of distributing a controlled substance in violation of 21 U.S.C. §§ 856(a)(1) & (a)(2).

Date:   06/08/2026

*s/ Andrew Shulman*
*Issuing officer's signature*

City and state:   Jackson, Tennessee

Wendy R. Oliver, U.S. District Court Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/9/26 , and the person was arrested on *(date)* 6/11/26
at *(city and state)* Jackson, TN .

Date: 6/11/26

*Seth Presler*
*Arresting officer's signature*

*Seth Presler DUSM*
*Printed name and title*

WHCAP